UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PELAYO,<br>　　　Petitioner,<br>　　　v.<br>JAMES E. HALL, Warden<br>　　　Respondent. | NO. CV 04-240-RT (AGR)<br>**JUDGMENT** |

Pursuant to the Order accepting and adopting the United States Magistrate Judge's Report and Recommendation and denying the Petition for Writ of Habeas Corpus ("Petition"),

IT IS ADJUDGED that the Petition is denied.

Dated: 10/1/09

ROBERT J. TIMLIN
United States District Judge